Francisco CURBELO, Plaintiff–Appellant,

v.

Jim PENDERGRAPH, Sheriff; Elaine Gravitt, Nurse; Norman H. Goode, Captain; Dennis Ray Summers, Sergeant; G. Miller, Mecklenburg County Jail Officer; Wade Robinson Skinner, Mecklenburg County Jail Officer, Defendants–Appellees.

No. 06–7175.

United States Court of Appeals, Fourth Circuit.

Submitted: April 25, 2007.

Decided: June 15, 2007.

Francisco Curbelo, Appellant Pro Se. Scott Douglas MacLatchie, Sean Francis Perrin, Womble, Carlyle, Sandridge & Rice, PLLC, Charlotte, North Carolina, for Appellees.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francisco Curbelo appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Curbelo v. Pendergraph,* No. 3:04–cv–00021, 2006 WL 2240450 (W.D.N.C. June 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*